JON M. SANDS
Federal Public Defender
**JAMES D. SMITH**
Assistant Federal Public Defender
State Bar No. 024194
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
*james_d_smith@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ARLENE SALAZAR-OLMOS,<br><br>Defendant. | No. CR 4:19-01460-TUC-JAS (MSD)<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>**(Fifth Request, No Objection)** |

Ms. Karen Salazar-Olmos asks that the Court modify her conditions of release to allow her to travel to Nogales, Sonora, Mexico to be with her mother during her scheduled surgery and post to assist her after surgery on from March 26 – April 8, 2020.

She will communicate with her pretrial services officer before leaving and upon returning, and will also provide the address for where she will be staying to her pretrial services officer prior to her leaving. She also asks that her passport be returned to her prior to her departures, and she will return it upon her returns.

Defense counsel contacted United States Pretrial Services officer, Evelia Rivera, and she has no objection to the requested modification.

1

Defense counsel has informed Assistant United States Attorney Matthew Eltringham of the contents of this motion, and the government has no objection to the requested modification.

RESPECTFULLY SUBMITTED:     March 18, 2020.

JON M. SANDS
Federal Public Defender

*s/ James D. Smith*
**JAMES D. SMITH**
Assistant Federal Public Defende